ORIGINAL

FILED IN OPEN COURT
U.S.D.C. Atlanta

OCT 03 2019

James N. Hatten Clerk
By: _____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

v.

JOSE ARGUETA-ESTRADA

Criminal Action
No. 1:19-MJ-851

## Government's Motion for Detention

The United States of America, by counsel, Byung J. Pak, United States Attorney, and Scott McAfee, Assistant United States Attorney for the Northern District of Georgia, moves for detention under 18 U.S.C. §§ 3142(e) and (f).

### 1. Eligibility of Case

This case is eligible for a detention order under 18 U.S.C. § 3142(f)(1) and (2) because it involves:

- An offense having a maximum sentence of life imprisonment or death;
- A drug offense having a maximum term of imprisonment of 10 years or more;
- A serious risk that the defendant will flee;

### 2. Reason for Detention

The Court should detain defendant because there are no conditions of release that will reasonably assure the appearance of the person as required and the safety of any other person and the community.

## 3. Rebuttable Presumption

The United States will invoke the rebuttable presumption that no condition or combination of conditions will reasonably assure the appearance of the Defendant as required and the safety of the community pursuant to 18 U.S.C. § 3142(e)(3). The presumption applies because there is probable cause to believe that the defendant committed:

- A drug offense having a maximum term of imprisonment of 10+ years.

## 4. Time for Detention Hearing

The United States requests the Court conduct the detention hearing at initial appearance.

The United States requests leave of Court to supplement this motion with additional grounds or presumptions for detention.

Dated: October 3, 2019.

Respectfully submitted,

Richard Russell Federal Building
75 Ted Turner Drive S.W., Suite 600
Atlanta, Georgia 30303-3309
Phone: (404) 581-6000
Fax: (404) 581-6181
(404) 581-6082

BYUNG J. PAK
United States Attorney

SCOTT MCAFEE
Assistant United States Attorney
Ga. Bar No. 650995

## Certificate of Service

I served this document today by electronic filing and by handing a copy to defense counsel:

October 3, 2019

/s/SCOTT MCAFEE
SCOTT MCAFEE
Assistant United States Attorney